CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 31 2011

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JASON JEROME WATTINGTON, | CASE NO. 7:11CV00242 |
| Plaintiff, | |
| | FINAL ORDER |
| vs. | |
| ADULT DETENTION CENTER, | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 31st day of May, 2011

/s/ Glen E. Conrad
Chief United States District Judge